UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IRUSIA KOCKA,

      Plaintiff,

-against-

COUNSEL PRESS INC., STUART TANENBAUM,
MARIA PIPERIS, and RINA DANIELSON,

      Defendants.
-----------------------------------------------------------------X

Case No.: 18-cv-03298 (KBF)

**NOTICE OF VOLUNTARY DISMISSAL**

  PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Irusia Kocka, by and through her undersigned attorneys, Serrins & Associates LLC, hereby voluntarily dismisses and withdraws all claims in this action against all Defendants.

Dated: April 19, 2018
   New York, NY

          Serrins & Associates LLC
          233 Broadway, Suite 2340
          New York, New York 10279
          Phone: (212) 571-0700
          Fax: (212) 233-3801

      By: _____
         Alan G. Serrins, Esq. (AS4739)
         *ATTORNEYS FOR PLAINTIFF*

So ordered.
KBF
USDJ
4/20/18